```
CO       FILE #           001400-001366
CW7      000062553
Emp#   Loc  Distrib    #
133551  428  4283710    A
```

ARAMARK Uniform &Career Apparel LLC
115 N First Street
Burbank, CA 91502

## Earnings Statement

Page 001 of 001
Period Beginning:   05/30/2015
Period Ending:      06/05/2015
Advice Date:        06/11/2015
Advice Number:      0054565729
Batch Number:       23A120001

Taxable Marital Status:  S

Federal:    3
State (IN): 3
Local:      0

AARON J SWARTZ
8814 MARIO CREEK DR
INDIANAPOLIS, IN  46234

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Incentive |  |  | 18.75 | 1302.01 |
| Regular |  | 40.00 | 1344.91 | 27249.34 |
| Float Hol |  |  | 0.00 | 1089.03 |
| Go Lead |  |  | 0.00 | 72.84 |
| Holiday |  |  | 0.00 | 465.66 |
| Nw Bus Com |  |  | 0.00 | 2134.56 |
| ADS RSR |  |  | 0.00 | 54.90 |
| Vacation |  |  | 0.00 | 1809.39 |
| **Gross Pay** |  |  | **1363.66** | **34177.73** |
| Total Hours Worked |  | 40.00 |  |  |

| Deductions Statutory | | |
|---|---|---|
| Federal Withholding Tax | -171.87 | -4656.31 |
| Social Security Tax | -79.80 | -2009.77 |
| Medicare Tax | -18.67 | -470.03 |
| IN Withholding Tax | -40.54 | -1030.05 |
| Marion Wthhldng Tax | -22.76 | -565.69 |

| Deductions Other | | |
|---|---|---|
| *Medical | -72.21 | -1660.83 |
| *Dental | -5.56 | -127.88 |
| Vol Life | -2.10 | -47.00 |
| Accident | -0.10 | -2.30 |
| SpouseLife | -2.77 | -63.71 |
| Child Life | -0.69 | -15.87 |
| Union Dues | 0.00 | -282.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 1286.04 | 32391.97 |
| ER-Medical | 202.07 | 3781.47 |
| ER-Dental | 13.24 | 304.52 |
| ER-Life/ADD | 1.06 | 23.68 |
| ER-URADD | 0.21 | 4.73 |
| **Group Term Life | 0.15 | 2.95 |
| Hrs - Float Hol | 0.00 | 32.00 |
| Hrs - Vacation | 0.00 | 56.00 |

| | |
|---|---|
| Net Pay (before Direct Deposits): | 946.59 |
| Dep to Chk: xxxxxx2674 | 946.59 |
| Net Check: | 0.00 |

### Important Notes
Payroll Contact 818-973-3700
* Excluded from federal taxable wages
** For SocialSec/Medicare tax calc.
Company: AUS Paygroup: AUH Dept: 428

©1998, 2006. ADP, LLC All Rights Reserved.

©2002 Automatic Data Processing (PCSUVO)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ARAMARK Uniform &Career Apparel LLC
115 N First Street
Burbank, CA 91502

Advice Number:  0054565729
Advice Date:    06/11/2015

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| AARON J SWARTZ  Checking | XXXXXX2674 |  | 946.59 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

Bky No.:

## STATEMENT IN LIEU OF PAYMENT ADVICES

Debtor declares under penalty and perjury and pursuant to 11 USC § 521(b)(iv) that he/she has not been employed by nor received any payment from an employer within the past 60 days.

Verification

I declare under penalty of perjury that the information provided in this statement is true and correct.

Date: ~~5.14.15~~ 6.17.15     Signature: _Jamey Swartz_
Jamey Lynn Swartz

(UNEMPLOYED)