# Notice Recipients

District/Off: 0756−1     User: admin     Date Created: 06/27/2015
Case: 15−05413−JMC−7     Form ID: b9a     Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13481796   Jennifer Crowe

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Aaron James Swartz | 8814 Mario Creek Dr | Indianapolis, IN 46234 |
| jdb | Jamey Lynn Swartz | 8814 Mario Creek Dr | Indianapolis, IN 46234 |
| ust | U.S. Trustee | Office of U.S. Trustee | 101 W. Ohio St.. Ste. 1000   Indianapolis, IN 46204 |
| tr | Michael J. Hebenstreit | Office of Michael J. Hebenstreit | 151 N Delaware St Ste 2000   Indianapolis, IN 46204 |
| aty | Mark S. Zuckerberg | Law Office of Mark S Zuckerberg, P.C. | 429 N Pennsylvania St Ste 100   Indianapolis, IN 46204 |
| 13481785 | Bull City Financial | 1107 W Main St #201 | Durham, NC 27701 |
| 13481786 | Capital One | PO Box 30281 | Salt Lake City, UT 84130−0281 |
| 13481787 | Chase | PO Box 15298 | Wilmington, DE 19850−5298 |
| 13481788 | Credit Protection | 13355 Noel Rd #2100 | Dallas, TX 75240 |
| 13481789 | Direct Tv | PO Box 6414 | Carol Stream, IL 60197 |
| 13481790 | Ford Credit | PO Box 650575 | Dallas, TX 75265 |
| 13481791 | GE Capital Retail Bank | PO Box 4571 | Carol Stream, IL 60197 |
| 13481792 | Hancock County Public Library | 900 W McKenzie Rd | Greenfield, IN 46140 |
| 13481793 | Helvey & Associates, Inc. | 1015 E. Center Street | Warsaw, IN 46580−3497 |
| 13481794 | IMC Credit Services | 6955 Hillside Ct | Indianapolis, IN 46250 |
| 13481795 | Japied Galleria | 375 Ghent Rd | Akron, OH 44333 |
| 13481797 | LB Gray LLC | 9100 Keystone Xing #850 | Indianapolis, IN 46240 |
| 13481798 | Med Shield | 2424 E. 55th Street #100 | Indianapolis, IN 46220 |
| 13481799 | Med−1 Solutions | 517 US Highway 31 N. | Greenwood, IN 46142 |
| 13481800 | Midwestern Audit Svc | 5278 Lovers Ln | Portage, MI 49002 |
| 13481801 | Portfolio Recovery Assoc. LLC | 120 Corporate Blvd | Norfolk, VA 23502 |
| 13481802 | Revnue Recovery Group | 612 Gay St | Knoxville, TN 37902 |
| 13481803 | Senex Services | 333 Founds Rd | Indianapolis, IN 46268 |
| 13481804 | Stellar Recovery Inc | 4500 Salisbury Rd #10 | Jacksonville, FL 32216 |
| 13481805 | Syncb/Napa | PO Box 965036 | Orlando, FL 32896 |
| 13481806 | Unique National Collection | 119 E Maple St | Jeffersonville, IN 47130 |
| 13481807 | Walmart   Synchrony Bank | PO Box 965024 | Orlando, FL 32896 |

TOTAL: 27