United States Bankruptcy Court
Southern District of Indiana

In re:  
Aaron James Swartz  
Jamey Lynn Swartz  
    Debtors

Case No. 15-05413-JMC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0756-1　　　User: admin　　　Page 1 of 2　　　Date Rcvd: Jun 29, 2015  
　　　　　　　　　　　　Form ID: b9a　　　Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2015.

```
db/jdb         +Aaron James Swartz,    Jamey Lynn Swartz,    8814 Mario Creek Dr,    Indianapolis, IN 46234-8517
13481785       #+Bull City Financial,    1107 W Main St #201,    Durham, NC 27701-2028
13481792       +Hancock County Public Library,    900 W McKenzie Rd,    Greenfield, IN 46140-1082
13481793       +Helvey & Associates, Inc.,    1015 E. Center Street,    Warsaw, IN 46580-3420
13481794        IMC Credit Services,    6955 Hillside Ct,    Indianapolis, IN 46250
13481795       +Japied Galleria,    375 Ghent Rd,    Akron, OH 44333-4601
13481797       +LB Gray LLC,    9100 Keystone Xing #850,    Indianapolis, IN 46240-0015
13481798       +Med Shield,    2424 E. 55th Street #100,    Indianapolis, IN 46220-3679
13481804       +Stellar Recovery Inc,    4500 Salisbury Rd #10,    Jacksonville, FL 32216-8035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: filings@mszlaw.com Jun 29 2015 23:03:04      Mark S. Zuckerberg,
                Law Office of Mark S Zuckerberg, P.C.,    429 N Pennsylvania St Ste 100,
                Indianapolis, IN  46204
tr             +EDI: BMJHEBENSTREIT.COM Jun 29 2015 22:58:00      Michael J. Hebenstreit,
                Office of Michael J. Hebenstreit,    151 N Delaware St Ste 2000,    Indianapolis, IN 46204-2543
ust            +E-mail/Text: ustpregion10.in.ecf@usdoj.gov Jun 29 2015 23:03:35      U.S. Trustee,
                Office of U.S. Trustee,    101 W. Ohio St.. Ste. 1000,    Indianapolis, IN 46204-1982
13481786        EDI: CAPITALONE.COM Jun 29 2015 22:58:00      Capital One,    PO Box 30281,
                Salt Lake City, UT 84130-0281
13481787        EDI: CHASE.COM Jun 29 2015 22:58:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13481788       +EDI: CREDPROT.COM Jun 29 2015 22:58:00      Credit Protection,    13355 Noel Rd #2100,
                Dallas, TX 75240-6837
13481789        EDI: DIRECTV.COM Jun 29 2015 22:58:00      Direct Tv,    PO Box 6414,    Carol Stream, IL 60197
13481790       +EDI: FORD.COM Jun 29 2015 22:58:00      Ford Credit,    PO Box 650575,    Dallas, TX 75265-0575
13481791       +EDI: RMSC.COM Jun 29 2015 22:58:00      GE Capital Retail Bank,    PO Box 4571,
                Carol Stream, IL 60197-4571
13481799       +E-mail/Text: med1bknotice@med1solutions.com Jun 29 2015 23:04:06      Med-1 Solutions,
                517 US Highway 31 N.,    Greenwood, IN 46142-3932
13481800       +E-mail/Text: stacyv@midwesternaudit.com Jun 29 2015 23:03:56      Midwestern Audit Svc,
                5278 Lovers Ln,    Portage, MI 49002-1560
13481801        EDI: PRA.COM Jun 29 2015 22:58:00      Portfolio Recovery Assoc. LLC,    120 Corporate Blvd,
                Norfolk, VA 23502
13481803        E-mail/Text: bankruptcy@senexco.com Jun 29 2015 23:03:09      Senex Services,    333 Founds Rd,
                Indianapolis, IN 46268
13481805       +EDI: RMSC.COM Jun 29 2015 22:58:00      Syncb/Napa,    PO Box 965036,    Orlando, FL 32896-5036
13481806       +E-mail/Text: ebn@unique-mgmt.com Jun 29 2015 23:04:12      Unique National Collection,
                119 E Maple St,    Jeffersonville, IN 47130-3439
13481807       +EDI: RMSC.COM Jun 29 2015 22:58:00      Walmart,    Synchrony Bank,    PO Box 965024,
                Orlando, FL 32896-5024
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13481796        Jennifer Crowe
13481802      ##+Revnue Recovery Group,    612 Gay St,    Knoxville, TN 37902-1603
                                                                                    TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2015　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

```
District/off: 0756-1          User: admin              Page 2 of 2              Date Rcvd: Jun 29, 2015
                              Form ID: b9a             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2015 at the address(es) listed below:
              Mark S. Zuckerberg    on behalf of Debtor Aaron James Swartz filings@mszlaw.com
              Mark S. Zuckerberg    on behalf of Joint Debtor Jamey Lynn Swartz filings@mszlaw.com
              Michael J. Hebenstreit    mjh@whzlaw.com, emw@whzlaw.com;IN58@ecfcbis.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                          TOTAL: 4
```

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case)    Case Number **15–05413–JMC–7**

# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines

A chapter 7 bankruptcy case concerning the debtors listed below was filed on June 23, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office or may be viewed at http://pacer.insb.uscourts.gov.

## Creditors – Do not include this notice with any document filed with the Court. See Reverse Side for Important Explanations.

Debtors (name(s) used by the debtors in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Aaron James Swartz<br>8814 Mario Creek Dr<br>Indianapolis, IN 46234 | Jamey Lynn Swartz<br>fka Janey Christ<br>8814 Mario Creek Dr<br>Indianapolis, IN 46234 |
| Case Number:<br>**15–05413–JMC–7** | Social Security Number(s):<br>xxx–xx–8473, xxx–xx–4067 |
| Attorney for debtors (name and address):<br>Mark S. Zuckerberg<br>Law Office of Mark S Zuckerberg, P.C.<br>429 N Pennsylvania St Ste 100<br>Indianapolis, IN 46204<br>Telephone number: 317–687–5157 | Bankruptcy Trustee (name and address):<br>Michael J. Hebenstreit<br>Office of Michael J. Hebenstreit<br>151 N Delaware St Ste 2000<br>Indianapolis, IN 46204<br>Telephone number: 317–638–5555 |

## Meeting of Creditors

Date:    **August 5, 2015**                            Time: **11:00 AM EDT**
Location: **Rm. 416C U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204**

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to Object to Discharge or Determine Dischargeability of Debt:

October 5, 2015

### Deadline to Object to Exemptions:

The deadline expires **30 days** after the *conclusion* of the meeting of creditors **or** within **30 days** of any amendment to the list or supplemental schedules unless as otherwise provided under Fed.R.Bankr.P. 1019(2) for converted cases.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Southern District of Indiana<br>46 E. Ohio St., Rm. 116<br>Indianapolis, IN 46204<br>Telephone number: 317–229–3800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kevin P. Dempsey |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM ET | June 27, 2015 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br><br>**All individual debtors MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.<br><br>Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Do not include this notice with any document filed with the court.** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Change of Address | Creditors are responsible for notifying the bankruptcy clerk's office in writing of address changes. The case number must be included on any corresponsdence. |
| Bankruptcy Clerk's Office | Any paper filed on this bankruptcy case should be filed at the bankruptcy clerk's office or http://ecf.insb.uscourts.gov. All filed papers, including the list of the debtor's property and debts and the list of the property claimed as exempt, may be inspected at the bankruptcy clerk's office or http://pacer.insb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**Refer to Other Side for Important Deadlines and Notices**