UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMEY L. SWARTZ, | ) | Case No. 15-05413-JMC |
| FKA JAMEY L. CHRIST | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## APPEARANCE

Comes now Harley K. Means of the law firm of Kroger, Gardis & Regas, LLP and enters his Appearance on behalf of Ford Motor Credit Company LLC, a creditor herein.

                                  KROGER, GARDIS & REGAS, LLP


                            By:  /s/ Harley K. Means
                               Harley K. Means, #23068-32
                               Attorneys for Creditor,
                               Ford Motor Credit Company LLC
                               KROGER, GARDIS & REGAS, LLP
                               111 Monument Circle, Suite 900
                               Indianapolis, IN   46204-5125
                               (317) 692-9000
                               (317) 264-6832 Fax
                               hkm@kgrlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2015, of the foregoing Appearance was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

filings@mszlaw.com

mjh@whzlaw.com

ustpregion10.in.ecf@usdoj.gov

                                                By:  /s/ Harley K. Means
                                                    Harley K. Means, #23068-32
                                                    Attorneys for Creditor,
                                                    Ford Motor Credit Company LLC
                                                    KROGER, GARDIS & REGAS, LLP
                                                    111 Monument Circle, Suite 900
                                                    Indianapolis, IN   46204-5125
                                                    (317) 692-9000
                                                    (317) 264-6832 Fax
                                                    hkm@kgrlaw.com