Certificate Number: 13997-INS-DE-026151454

Bankruptcy Case Number: 15-05413



13997-INS-DE-026151454

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2015, at 11:12 o'clock PM EDT, Jamey L. Swartz completed a course on personal financial management given by internet by $0 Debt Goal, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Indiana.

Date:   September 3, 2015          By:   /s/Jake Henry

                                   Name: Jake Henry

                                   Title: issuer