UNITED STATES BANKRUPTCY COURT<br>
Southern District of Indiana<br>
46 E. Ohio St., Rm. 116<br>
Indianapolis, IN 46204

NTCFMC (rev 12/2013)

In re:

**Aaron James Swartz**,
**Jamey Lynn Swartz**,
      Debtors.

Case No. **15–05413–JMC–7**

## NOTICE OF REQUIREMENT RE: PERSONAL FINANCIAL MANAGEMENT COURSE

**NOTICE IS GIVEN** that pursuant to Fed.R.Bankr.P. 1007(b)(7), each debtor must file a separate Certification of Personal Financial Management Course (Form B23) to be eligible for a discharge. Form B23 can be found at http://www.uscourts.gov/bkforms under Part 1 (Official Forms) or can be obtained from any bankruptcy clerk's office. An approved provider may file a Personal Financial Management Course Certificate on behalf of the debtors.

**NOTICE IS FURTHER GIVEN** that failure to file Form B23 by October 5, 2015, may result in this case being closed without a discharge.

To receive a discharge after the case is closed, a course in personal financial management must be completed, and Form B23 must be filed with the Court. For joint cases, separate certifications for each debtor must be filed. Furthermore, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $260.00 but is subject to change. The latest fees can be found at http://www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

Dated:  September 4, 2015            Kevin P. Dempsey
                                               Clerk, U.S. Bankruptcy Court