# Notice Recipients

District/Off: 0756−1 User: admin Date Created: 09/04/2015
Case: 15−05413−JMC−7 Form ID: ntcfmc Total: 3

**Recipients of Notice of Electronic Filing:**
aty   Mark S. Zuckerberg   filings@mszlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Aaron James Swartz    8814 Mario Creek Dr    Indianapolis, IN 46234
jdb   Jamey Lynn Swartz    8814 Mario Creek Dr    Indianapolis, IN 46234

TOTAL: 2