United States Bankruptcy Court
Southern District of Indiana

In re:  
Aaron James Swartz  
Jamey Lynn Swartz  
    Debtors

Case No. 15-05413-JMC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0756-1      User: admin      Page 1 of 1      Date Rcvd: Sep 04, 2015  
                      Form ID: ntcfmc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2015.  
db/jdb         +Aaron James Swartz,    Jamey Lynn Swartz,    8814 Mario Creek Dr,    Indianapolis, IN 46234-8517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2015                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2015 at the address(es) listed below:  
         Harley K Means     on behalf of Creditor    Ford Motor Credit Company hkm@kgrlaw.com, kmw@kgrlaw.com;ads@kgrlaw.com  
         Mark S. Zuckerberg     on behalf of Debtor Aaron James Swartz filings@mszlaw.com  
         Mark S. Zuckerberg     on behalf of Joint Debtor Jamey Lynn Swartz filings@mszlaw.com  
         Michael J. Hebenstreit     mjh@whzlaw.com, llw@whzlaw.com;IN58@ecfcbis.com;emw@whzlaw.com  
         U.S. Trustee     ustpregion10.in.ecf@usdoj.gov  
                                                                                                    TOTAL: 5

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

NTCFMC (rev 12/2013)

In re:

**Aaron James Swartz**,
**Jamey Lynn Swartz**,
       Debtors.

Case No. **15–05413–JMC–7**

## NOTICE OF REQUIREMENT RE: PERSONAL FINANCIAL MANAGEMENT COURSE

**NOTICE IS GIVEN** that pursuant to Fed.R.Bankr.P. 1007(b)(7), each debtor must file a separate Certification of Personal Financial Management Course (Form B23) to be eligible for a discharge. Form B23 can be found at http://www.uscourts.gov/bkforms under Part 1 (Official Forms) or can be obtained from any bankruptcy clerk's office. An approved provider may file a Personal Financial Management Course Certificate on behalf of the debtors.

**NOTICE IS FURTHER GIVEN** that failure to file Form B23 by October 5, 2015, may result in this case being closed without a discharge.

To receive a discharge after the case is closed, a course in personal financial management must be completed, and Form B23 must be filed with the Court. For joint cases, separate certifications for each debtor must be filed. Furthermore, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $260.00 but is subject to change. The latest fees can be found at http://www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

Dated:  September 4, 2015

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court