# Notice Recipients

District/Off: 0756–1 | User: admin | Date Created: 10/06/2015
Case: 15–05413–JMC–7 | Form ID: b18 | Total: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13481796    Jennifer Crowe

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
tr     Michael J. Hebenstreit    mjh@whzlaw.com
aty    Harley K Means    hkm@kgrlaw.com
aty    Mark S. Zuckerberg    filings@mszlaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Aaron James Swartz    8814 Mario Creek Dr    Indianapolis, IN 46234
jdb    Jamey Lynn Swartz    8814 Mario Creek Dr    Indianapolis, IN 46234
cr     Ford Motor Credit Company    c/o Kroger, Gardis & Regas, LLP    Harley K. Means    111 Monument Circle, Suite 900    Indianapolis, IN 46204–5125
13481785    Bull City Financial    1107 W Main St #201    Durham, NC 27701
13481786    Capital One    PO Box 30281    Salt Lake City, UT 84130–0281
13481787    Chase    PO Box 15298    Wilmington, DE 19850–5298
13481788    Credit Protection    13355 Noel Rd #2100    Dallas, TX 75240
13481789    Direct Tv    PO Box 6414    Carol Stream, IL 60197
13481790    Ford Credit    PO Box 650575    Dallas, TX 75265
13481791    GE Capital Retail Bank    PO Box 4571    Carol Stream, IL 60197
13481792    Hancock County Public Library    900 W McKenzie Rd    Greenfield, IN 46140
13481793    Helvey & Associates, Inc.    1015 E. Center Street    Warsaw, IN 46580–3497
13481794    IMC Credit Services    6955 Hillside Ct    Indianapolis, IN 46250
13481795    Japied Galleria    375 Ghent Rd    Akron, OH 44333
13481797    LB Gray LLC    9100 Keystone Xing #850    Indianapolis, IN 46240
13481798    Med Shield    2424 E. 55th Street #100    Indianapolis, IN 46220
13481799    Med–1 Solutions    517 US Highway 31 N.    Greenwood, IN 46142
13481800    Midwestern Audit Svc    5278 Lovers Ln    Portage, MI 49002
13481801    Portfolio Recovery Assoc. LLC    120 Corporate Blvd    Norfolk, VA 23502
13481802    Revnue Recovery Group    612 Gay St    Knoxville, TN 37902
13481803    Senex Services    333 Founds Rd    Indianapolis, IN 46268
13481804    Stellar Recovery Inc    4500 Salisbury Rd #10    Jacksonville, FL 32216
13481805    Syncb/Napa    PO Box 965036    Orlando, FL 32896
13481806    Unique National Collection    119 E Maple St    Jeffersonville, IN 47130
13481807    Walmart    Synchrony Bank    PO Box 965024    Orlando, FL 32896

TOTAL: 25